UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LESLIE GORDON SMITH, | No. C 12-0688 RS (PR) |
| Petitioner, | **ORDER DENYING MOTION TO DISMISS WITHOUT PREJUDICE** |
| v. | |
| R. DIAZ, Warden, | |
| Respondent. | |

Respondent has filed a motion to dismiss this habeas action on grounds that the habeas petition was not timely filed. (*See* Docket No. 6.) The following facts are undisputed. Petitioner was sentenced on June 27, 2008 in the Contra Costa County Superior Court. The state appellate court affirmed his conviction on February 11, 2010. On September 11, 2011, he filed a petition for review with the state supreme court, which allowed him to file an untimely petition.

It is unclear whether the September 2011 supreme court petition delays the start of AEDPA's one-year limitations period, an issue not addressed in the current motion to dismiss. Because the Court requires briefing on this issue, respondent's motion to dismiss is DENIED without prejudice. Respondent is directed to file within 90 days from the date of this order either (1) a renewed motion to dismiss on grounds of untimeliness in which respondent shall address the issue noted above, or (2) an answer addressing the merits of the petition. The Clerk shall terminate Docket No. 6.

**IT IS SO ORDERED**.

DATED: November 1, 2012

RICHARD SEEBORG
United States District Judge